413 P.2d 300

Lawrence MIGLIACCIO et al., Plaintiffs and Appellants,

v.

**UNION CARBIDE CORPORATION,**
Defendant and Respondent,

Petron Corporation, formerly Uranium Industries, Inc., a corporation, Defendant and Appellant,

*Glenny-Cutler, Intervenor and Appellant.*

No. 10458.

Supreme Court of Utah.

April 21, 1966.

David B. Dee, Dwight L. King, Salt Lake City, for appellants.

Jack Darragh, Salt Lake City, for Glenny-Cutler, intervenor and appellant.

Groves & Nelson, Grand Junction, Colo., Frandsen & Keller, Therald N. Jensen, Price, F. B. Hammond, Salt Lake City, Mack V. Bunderson, Castle Dale, for respondent.

WADE, Justice.

Action to establish the location of agreed upon boundary lines between mining claims located in Emery County, Utah, wherein the metes and bounds descriptions were conceded to be incorrect. The trial court, after a long trial in which it carefully considered and studied the evidence presented, made findings of fact and conclusions of law and

entered judgment thereon in accordance with its views stated in its opinion.

Appellants contend there is no substantial evidence to sustain the trial court's findings of fact as to the correct location of monuments on the ground.

We have carefully studied the views expressed by the trial court and the evidence presented on all sides of the case, and definitely find substantial evidence to support the trial court's findings which requires us to affirm them. Costs to respondent.

HENRIOD, C. J., and McDONOUGH, CROCKETT, and CALLISTER, JJ., concur.